

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2019

No. 04-18-00889-CR & 04-18-00890-CR

Sergio **MARTINEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10879, 2015CR10880
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

The trial court appointed Frank D. Sandoval Jr. to represent appellant in this appeal following the withdrawal of prior appellate counsel. After the appointment, we ordered Mr. Sandoval to file appellant's brief in this court on or before June 5, 2019. Mr. Sandoval has filed a motion for extension of time asking for an additional twenty-one days to file the brief. We **GRANT** the motion and **ORDER** Mr. Sandoval to file the appellant's brief in this court **on or before June 26, 2019.**

We ordered appellate cause numbers 04-18-00889-CR and 04-18-00890-CR consolidated. In our order we stated the parties "must file motions, briefs, and other pleadings as if the appeals were one but put both appeal numbers in the style of the case." Here, however, Mr. Sandoval filed separate motions for extension of time contrary to our prior consolidation order. Accordingly, we further **ORDER** Mr. Sandoval to comply with our December 21, 2018 consolidation order with regard to all future filings.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court